IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERWIN L. RUTH                                                                                               PLAINTIFF

     v.     Civil No. 1:13-cv-01016

SHERIFF DAVID NORWOOD,
Ouachita County, Arkansas; DOUG
WOODS, Jailer; DEANNA FRIENDS,
Jailer; JAMES BOLTON; ANDREW
TOLLEFSON; CHRIS LINDSEY; and
ANTHONY GRUMMER                                                                                   DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

  This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

  When Plaintiff filed this case, he was incarcerated in the Ouachita County Detention Center (ECF No. 1). On September 4, 2014, the Plaintiff notified the Court that he was no longer incarcerated and provided his home address (ECF No. 21). Plaintiff has not communicated with the Court since September of 2014.

  By Order (ECF No. 28) entered on May 28, 2015, a hearing on Defendant's Motion for Summary Judgment was scheduled for September 15, 2015. On August 20, 2015, an Order (ECF No. 29) was entered directing the Plaintiff to advise the Court by September 3, 2015, if he intended to appear for the September 15th hearing.

  By text order entered on September 9, 2015, the hearing was cancelled. To date, Plaintiff has not responded to the Court Order (ECF No. 33). He has not communicated with the Court in anyway.

I therefore recommend that this case be **DISMISSED WITH PREJUDICE** based on the Plaintiff's failure to obey an Order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 12th day of November 2015.

> /s/ Barry A. Bryant  
> HON. BARRY A. BRYANT  
> UNITED STATES MAGISTRATE JUDGE