IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERWIN L. RUTH                                                                                                    PLAINTIFF

VS.                                               Civil No. 1:13-cv-1016

SHERIFF DAVID NORWOOD,
Ouachita County, Arkansas; DOUG
WOODS, Jailer; DEANNA FRIENDS,
Jailer; JAMES BOLTON; ANDREW
TOLLEFSON; CHRIS LINDSEY; and
ANTHONY GRUMMER                                                                                           DEFENDANTS

**ORDER**

  Before the Court is the Report and Recommendation filed November 12, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that Plaintiff's Complaint be dismissed with prejudice for failure to obey Court orders and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 8th day of December, 2015.

                  /s/ Susan O. Hickey
                  Susan O. Hickey
                  United States District Judge